Case 4:16-cv-00090-A Document 5 Filed 02/02/16 Page 1 of 1 PageID 30

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY DEWAYNE WILLIAMS, (TDCJ-CID #1813911) | § § § | |
| Petitioner, | § § | |
| vs. | § | CIVIL ACTION NO. H-16-0255 |
| WILLIAM STEPHENS, | § § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

The petitioner, Gregory Dewayne Williams, filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in Criminal District Court #3 in Tarrant County, Texas. Williams has filed a motion seeking leave to proceed *in forma pauperis*.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located. The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Northern District of Texas, Fort Worth Division. Williams's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is denied without prejudice to reconsideration after transfer.

SIGNED on February 2, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

P:\CASES\prisoner-habeas\2016\16-0255.a01.wpd